UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-HC-442-BR

UNITED STATES OF AMERICA
                Petitioner,

v.                                     ORDER

HENLEY DOLMON
Reg. No.19616-076,

                Respondent.

This matter comes before the court on the United States' 7 September 2010 motion to file the 15 June 2010 forensic report under seal. The motion represents that the respondent does not oppose the motion.

For the reasons stated in the motion, it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such reports are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 9 September 2010.

                                                W. Earl Britt
                                                Senior U.S. District Judge